```
J. Toney
Attorney at Law
State Bar No. 43143

P.O. Box 1515
Woodland, California 95776
(530) 666-1908
yoloconflict@aol.com

Attorney for Jerry Jones
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:11-cr-00111-MCE |
| Plaintiff, | ) STIPULATION AND ORDER |
| | ) CONTINUING STATUS |
| v. | ) CONFERENCE |
| JERRY JONES. | ) May 12, 2011 before |
| | ) Judge England |
| Defendant. | ) |

    This matter is now set for Status Conference on April 7 2011. Because the parties need more time to complete the plea negotiations, the parties STIPULATE the present date be vacated and the case continued until May 12, 2011 and request the Court so order. The parties stipulate that time under the Speedy Trial Act should be excluded for Counsel preparation; 18 USC 3161(h)(7)(A), local code T4.

///
///
///
///

1

Dated: April 7, 2011

                      /s/ TODD LERAS

                        Todd Leras

                        Assistant U.S. Attorney

                        /s/ J TONEY

                        J Toney

                        Attorney for Jerry Jones

    IT IS SO ORDERED.

Dated: April 8, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE