J. Toney
Attorney at Law
State Bar No. 43143

P.O. Box 1515
Woodland, California 95776
(530) 666-1908
yoloconflict@aol.com

Attorney for Jerry Jones

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR S 11-111 MCE |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER |
| | ) CONTINUING STATUS |
| v. | ) CONFERENCE, |
| | ) August 25 2011 at 9:00 AM |
| JERRY JONES, et al | ) before |
| Defendants | ) Judge England |
| _____ | ) |

This matter is now set for Status Conference on June 9, 2011. Because the parties need more time to complete the plea negotiations, the parties STIPULATE the present date be vacated and the case continued until August 25, 2011 at 9:00 AM and request the Court so order. The parties stipulate that time under the Speedy Trial Act should be excluded for Counsel preparation; 18 USC 3161(h)(7)(A), local code T4.

Dated June 7, 2011

                                            /s/ TODD LERAS

                                              Todd Leras

                                              Assistant U.S. Attorney

1

```
                                            /s/ J TONEY
                                              J Toney
                                       Attorney for Jerry Jones


IT IS SO ORDERED.


 Dated: June 10, 2011

                                       _____
                                       MORRISON C. ENGLAND, JR.
                                       UNITED STATES DISTRICT JUDGE
```

2