J. Toney
Attorney at Law
State Bar No. 43143

P.O. Box 1515
Woodland, California 95776
(530) 666-1908
yoloconflict@aol.com

Attorney for Jerry Jones

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  | CR S 11-111 MCE |
| Plaintiff,  )  | STIPULATION AND ORDER |
|  ) | CONTINUING STATUS |
| v.  ) | CONFERENCE |
|  ) | Sept. 29, 2011 before |
| JERRY JONES, et al  ) | Judge England |
| Defendants  ) | |
| _____  ) | |

This matter is now set for Status Conference on August 25 2011. Because the parties need more time to complete the plea negotiations, the parties STIPULATE the present date be vacated and the case continued until Sept. 29, 2011 and request the Court so order. The parties stipulate that time under the Speedy Trial Act should be excluded for Counsel preparation; 18 USC 3161(h)(7)(A), local code T4.

Dated August 25, 2011

                                                  /s/ TODD LERAS

                                                  Todd Leras

                                                  Assistant U.S. Attorney

1

                                                                         /s/ J TONEY

                                                                             J Toney

                                                          Attorney for Jerry Jones

IT IS SO ORDERED; the Court specifically finds that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and defendant in a speedy trial.

Dated: August 25, 2011

                                          MORRISON C. ENGLAND, JR.
                                          UNITED STATES DISTRICT JUDGE