J. Toney
Attorney at Law
State Bar No. 43143

P.O. Box 1515
Woodland, California 95776
(530) 666-1908
yoloconflict@aol.com

Attorney for Jerry Jones

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff,<br>  v.<br>JERRY JONES, et al<br>      Defendants | CR S 11-111 MCE<br>STIPULATION AND ORDER<br>CONTINUING STATUS<br>CONFERENCE<br>Oct. 27, 2011 before<br>Judge England |

    This matter is now set for Status Conference on Sept. 29 2011. Because the parties need more time to complete the plea negotiations, the parties STIPULATE the present date be vacated and the case continued until Oct. 27, 2011 and request the Court so order.  The parties stipulate that time under the Speedy Trial Act should be excluded for Counsel preparation; 18 USC 3161(h)(7)(A), local code T4.

Dated Sept. 25, 2011

                                      /s/ TODD LERAS

                                      Todd Leras

                                    Assistant U.S. Attorney

1

                                        /s/ J TONEY

                                            J Toney

                                      Attorney for Jerry Jones

    IT IS SO ORDERED; the Court also finds that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and defendant in a speedy trial.

 Dated: September 28, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2