UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,     No. 2:11-cr-00111-MCE

    Plaintiff,

  v.                           **RELATED CASE ORDER**

JERRY JONES,

    Defendant.
_____/

UNITED STATES OF AMERICA,     No. 2:11-cr-00420-JAM

    Plaintiff,

  v.

WENDY JOHNSTON,

    Defendant.
_____/

    The Court has received the Notice of Related Case filed on October 21, 2011.

    Examination of the above-entitled criminal actions reveals that these actions are related within the meaning of Local Rule 123(a) (E.D. Cal. 1997).

///

1

1  The actions arise from the same ongoing law enforcement
2  investigation, share common legal issues and involve related
3  parties, and would therefore entail a substantial duplication of
4  labor if heard by different judges.  Accordingly, the assignment
5  of the matters to the same judge is likely to effect a
6  substantial savings of judicial effort and is also likely to be
7  convenient for the parties.
8       The parties should be aware that relating the cases under
9  Local Rule 123 merely has the result that both actions are
10 assigned to the same judge; no consolidation of the action is
11 effected.  Under the regular practice of this court, related
12 cases are generally assigned to the district judge and magistrate
13 judge to whom the first filed action was assigned.
14      IT IS THEREFORE ORDERED that the action denominated 2:11-cr-
15 00420, <u>United States of America v. Wendy Johnston</u> is reassigned
16 to Judge Morrison C. England, Jr. for all further proceedings,
17 and any dates currently set in this reassigned case only is
18 hereby VACATED.  Henceforth, the caption on documents filed in
19 the reassigned case shall be shown as 2:11-cr-00420-MCE.
20      IT IS FURTHER ORDERED that the Clerk of the Court make
21 appropriate adjustment in the assignment of criminal cases to
22 compensate for this reassignment.
23      IT IS SO ORDERED.
24  Dated: October 24, 2011

                                  _____
                                  MORRISON C. ENGLAND, JR.
                                  UNITED STATES DISTRICT JUDGE