1  J. Toney
   Attorney at Law
2  State Bar No. 43143

3  P.O. Box 1515
   Woodland, California 95776
4  (530) 666-1908
   yoloconflict@aol.com
5
   Attorney for Jerry Jones
6

7                  IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA,        ) CR S 11-111 MCE
                                     )
10        Plaintiff,                 ) STIPULATION AND ORDER
                                     ) CONTINUING STATUS
11    v.                             ) CONFERENCE
                                     ) Jan. 5, 2012 at 9:00 AM
12 JERRY JONES, et al                ) before
          Defendants                 ) Judge England
13 _____ )

14

15 This matter is now set for Status Conference on Oct. 27 2011.

16 Because the parties need more time to complete the plea

17 negotiations, the parties STIPULATE the present date be vacated and

18 the case continued until Jan. 5, 2012 and request the Court so

19 order.  The parties stipulate that time under the Speedy Trial Act

20 should be excluded for Counsel preparation; 18 USC 3161(h)(7)(A),

21 local code T4. This continuance is also needed so the co-

22 responsible, Sanae Jones can appear; these parties are former

23 husband and wife and a disposition of both cases at the same time

24 would be in the interest of justice.  For these reasons the parties

25 agree the reasons for the continuance outweigh the interests of the

26 public and Defendant in a speedy trial, and request the Court so

27 find.

28
                                  1

1  Dated Oct. 25, 2011

2                                          /s/ TODD LERAS

3                                          Todd Leras

4                                          Assistant U.S. Attorney

5

6

7                                          /s/ J TONEY

8                                          J Toney

9                                          Attorney for Jerry Jones

10

11        IT IS SO ORDERED.   The Court also finds that the ends of

12  justice served by granting defendant's request for a continuance

13  outweigh the best interest of the public and defendant in a speedy

14  trial.

15   Dated: October 27, 2011

16

17  _____

    MORRISON C. ENGLAND, JR.

18  UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28                                  2