```
 1  J. Toney
    Attorney at Law
 2  State Bar No. 43143

 3  P.O. Box 1515
    Woodland, California 95776
 4  (530) 666-1908
    yoloconflict@aol.com
 5
    Attorney for Jerry Jones
 6
```

7               IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

```
 9  UNITED STATES OF AMERICA,       ) CR S 11-111-MCE
                                    )
10        Plaintiff,                ) STIPULATION AND ORDER
                                    ) CONTINUING STATUS
11     v.                           ) CONFERENCE
                                    ) Aug.30, 2012 at 9:00 AM
12  JERRY JONES ,                   ) before
          Defendant                 ) Judge England
13  _____ )

14
```

15 This matter is now set for Status Conference on July 19, 2012.

16 Because the parties need more time to continue the plea

17 negotiations, the parties STIPULATE the present date be vacated and

18 the case continued until August 30, 2012 and request the Court so

19 order.  The parties stipulate that time under the Speedy Trial Act

20 should be excluded for Counsel preparation; 18 USC 3161(h)(7)(A),

21 local code T4. This will also allow the case to proceed with that

22 of the Defendant's wife, Sanae Quiroz-Jones whose case has been

23 delayed due to her health problems.  For these reasons the parties

24 agree the reasons for the continuance outweigh the interests of the

25 public and Defendant in a speedy trial, and request the Court so

26 find.

27

28

1

Respectfully submitted,

Dated July 4, 2012

                                /s/ TODD LERAS

                                    Todd Leras

                              Assistant U.S. Attorney

                                      /s/ J TONEY

                                        J Toney

                              Attorney for Jerry Jones

**ORDER**

IT IS SO ORDERED; the Court also finds that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and defendant in a speedy trial.

Dated: July 6, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2