1   J. Toney
    Attorney at Law
2   State Bar No. 43143

3   P.O. Box 1515
    Woodland, California 95776
4   (530) 666-1908
    yoloconflict@aol.com
5
    Attorney for Jerry Jones
6

7              IN THE UNITED STATES DISTRICT COURT

8           FOR THE EASTERN DISTRICT OF CALIFORNIA

9   UNITED STATES OF AMERICA,        ) CR S 11-111-MCE
                                     )
10          Plaintiff,               ) STIPULATION AND ORDER
                                     ) CONTINUING STATUS
11     v.                            ) CONFERENCE
                                     ) Sept. 13, 2012 at 9:00 AM
12  JERRY JONES ,                    ) before
            Defendant                ) Judge England
13  _____ )

14

15  This matter is now set for Status Conference on August 30, 2012.

16  Because the parties need more time to continue the plea

17  negotiations, the parties STIPULATE the present date be vacated and

18  the case continued until Sept. 13, 2012 and request the Court so

19  order.  The parties stipulate that time under the Speedy Trial Act

20  should be excluded for Counsel preparation; 18 USC 3161(h)(7)(A),

21  local code T4. This will also allow the case to proceed with that

22  of the Defendant's wife, Sanae Quiroz-Jones whose case has been

23  delayed due to her health problems.  For these reasons the parties

24  agree the reasons for the continuance outweigh the interests of the

25  public and Defendant in a speedy trial, and request the Court so

26  find.

27

28                                  1

1   Respectfully submitted,

2

3   Dated August 28, 2012

4                                    /s/ TODD LERAS

5                                    Todd Leras

6                                    Assistant U.S. Attorney

7

8

9                                    /s/ J TONEY

10                                   J Toney

11                                   Attorney for Jerry Jones

12

13                                   **ORDER**

14

15       Pursuant to the parties' stipulation as set forth above, IT IS

16   SO ORDERED.  The Court finds that the ends of justice served

17   by granting defendant's request for a continuance from August 30,

18   2012 to September 13, 2012 at 9:00 a.m. outweigh the

19   best interest of the public and defendant in a speedy trial.

20   Dated: August 30, 2012

21

22                                   _____

23                                   MORRISON C. ENGLAND, JR.
                                     UNITED STATES DISTRICT JUDGE

24

25

26

27

28                                   2