1  J. Toney
   Attorney at Law
2  State Bar No. 43143

3  P.O. Box 1515
   Woodland, California 95776
4  (530) 666-1908
   yoloconflict@aol.com
5
   Attorney for Jerry Jones
6

7              IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA,        ) CR S 11-111-MCE
                                    )
10         Plaintiff,                ) STIPULATION AND ORDER
                                    ) SETTING CASE FOR CHANGE OF
11    v.                             ) PLEA
                                    )
12  JERRY JONES ,                    ) Sept. 27, 2012 at 9:00 AM
           Defendant                ) before
13  _____ ) Judge England

14

15 This matter is now set for Status Conference on Sept. 13, 2012.

16 Because the parties need more time to conclude the plea

17 negotiations, the parties STIPULATE the present date be vacated and

18 the case continued until Sept. 27, 2012 and request the Court so

19 order.  The parties stipulate that time under the Speedy Trial Act

20 should be excluded for Counsel preparation; 18 USC 3161(h)(7)(A),

21 local code T4. For these reasons the parties agree the reasons for

22 the continuance outweigh the interests of the public and Defendant

23 in a speedy trial, and request the Court so find.

24

25 Respectfully submitted,

26

27 Dated Sept. 11, 2012

28
                                    1

|   |   |
|---|---|
| 1 | /s/ TODD LERAS |
| 2 | Todd Leras |
| 3 | Assistant U.S. Attorney |
| 5 | /s/ J TONEY |
| 6 | J Toney |
| 7 | Attorney for Jerry Jones |

**ORDER**

Given the foregoing stipulation, the Court finds that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and defendant in a speedy trial. This matter is continued from September 13, 2012 to September 27, 2012 at 9:00 a.m.

IT IS SO ORDERED.

Dated: September 17, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2