1 | J. Toney
Attorney at Law
2 | State Bar No. 43143

3 | P.O. Box 1515
Woodland, California 95776
4 | (530) 666-1908
yoloconflict@aol.com
5 |
Attorney for Jerry Jones
6 |

7 |              IN THE UNITED STATES DISTRICT COURT

8 |            FOR THE EASTERN DISTRICT OF CALIFORNIA

9 | UNITED STATES OF AMERICA,        ) CR S 11-111-MCE
                                     )
10 |          Plaintiff,             ) APPLICATION AND ORDER FOR
                                     ) TRANSPORTATION
11 |     v.                          )
                                     ) PURSUANT TO 18 U.S.C. § 4285
12 | JERRY JONES ,                   )
              Defendant             )
13 | _____ )

14 |

15 | This matter is set for change of plea on September 27, 2012.

16 | Application is made for an Order of Transportation and subsistence

17 | for Mr. Jones to travel from La Puente California to Sacramento on

18 | September 26, 2012.  Mr. Jones states he is without funds and

19 | requests this so he can appear in Court at 9:00 AM on September 27.

20 |      Wherefore, in the interests of justice, the Court is requested

21 | to arrange for Mr. Jones' means of non-custodial transportation or

22 | furnish the fare for it; and, in addition direct the Marshal to

23 | furnish Mr. Jones money for subsistence expenses, not to exceed the

24 | amount authorized as a per diem allowance for travel under Sec.

25 | 5702(a) of Title 5, U.S.C. and pursuant to 18 U.S.C. Sec . 4285.

26 | ///

27 | ///

28 |
                                1

1  Respectfully submitted,

2

3   Dated September 17, 2012

4

5

6                               /s/ J TONEY

7                                J Toney

8                          Attorney for Jerry Jones

9

10

11  TO: U.S. MARSHAL FOR THE EASTERN DISTRICT OF CALIFORNIA:

12  Good Cause appearing, it is ordered that the Marshal for the

13  Eastern District of California is authorized and directed to

14  furnish the above-named Defendant, Jerry Jones, with transportation

15  from La Puente California to Sacramento California on September 26,

16  2012 and return on September 27, 2012. It is further ordered that

17  the Marshal provide subsistence funds not to exceed the amount

18  authorized as per the per diem allowance for travel under Sec.

19  5702(a) of Title 5, U.S.C.  This request is authorized pursuant to

20  18 U.S.C. Sec. 4285.

21   Dated: September 17, 2012

22

23  _____

24  MORRISON C. ENGLAND, JR.
    UNITED STATES DISTRICT JUDGE

25

26

27

28                               2