J. Toney
Attorney at Law
State Bar No. 43143

P.O. Box 1515
Woodland, California 95776
(530) 666-1908
yoloconflict@aol.com

Attorney for Jerry Jones

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>JERRY JONES ,<br>      Defendant | 2:11-cr-00111-MCE<br><br>APPLICATION AND ORDER FOR TRANSPORTATION<br><br>PURSUANT TO 18 U.S.C. § 4285 |

This matter is set for sentencing on December 6, 2012.  Application is made for an Order of Transportation and subsistence for Mr. Jones to travel from La Puente California to Sacramento on December 5, 2012.  Mr. Jones states he is without funds and requests this so he can appear in Court at 9:00 AM on December 6..

Wherefore, in the interests of justice, the Court is requested to arrange for Mr. Jones' means of non-custodial transportation or furnish the fare for it; and, in addition direct the Marshal to furnish Mr. Jones money for subsistence expenses, not to exceed the amount authorized as a per diem allowance for travel under Sec. 5702(a) of Title 5, U.S.C. and pursuant to 18 U.S.C. Sec . 4285.

1

Respectfully submitted,

Dated November 28, 2012

                                                     /s/ J TONEY

                                                       J Toney

                                              Attorney for Jerry Jones

TO: U.S. MARSHAL FOR THE EASTERN DISTRICT OF CALIFORNIA:

Good Cause appearing, IT IS ORDERED that the Marshal for the Eastern District of California is authorized and directed to furnish the above-named Defendant, Jerry Jones, with transportation from La Puente California to Sacramento California on December 5, 2012 and return on December 6, 2012. It is further ordered that the Marshal provide subsistence funds not to exceed the amount authorized as per the per diem allowance for travel under Sec. 5702(a) of Title 5, U.S.C.  This request is authorized pursuant to 18 U.S.C. Sec. 4285.

DATED:   12/3/2012              /s/ John A. Mendez
                                         Hon. John A. Mendez for the
                                         Hon. Morrison C. England, Jr.